## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Ramon Cardoza Meza
                          Plaintiff,

v.                                        Case No.: 1:25−cv−14235
                                                    Honorable Jeffrey I Cummings

Samuel Olson, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 26, 2025:

       MINUTE entry before the Honorable Jeffrey I Cummings: Petitioner's unopposed motion to withdraw the petition for writ of habeas corpus [7] is granted. The petition [1] is terminated as withdrawn. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.